UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIEWIT INFRASTRUCTURE WEST CO.; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | C21-54 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiff's motion for a continuance, docket no. 16, is GRANTED.  The trial date is CONTINUED and related deadlines are RESET and/or EXTENDED as follows:

| **BENCH TRIAL DATE (4 days)** | **August 29, 2022** |
|---|---|
| Disclosure of expert testimony | January 18, 2022 |
| Discovery motions filing deadline | March 7, 2022 |

MINUTE ORDER - 1

| Discovery completion date | April 11, 2022 |
|---|---|
| Dispositive motions filing deadline | May 19, 2022 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | May 26, 2022 |
| Motions in limine filing deadline | July 21, 2022 |
| Agreed pretrial order due | August 5, 2022 |
| Trial briefs due | August 5, 2022 |
| Proposed findings of fact and conclusions of law and deposition testimony designations due | August 5, 2022 |
| Pretrial conference scheduled for | August 19, 2022 at 10:00 a.m. |

The new trial date has been selected based on plaintiff's request to reset the deadline for disclosure of expert testimony to January 17, 2022, which is a holiday, and to extend the discovery completion deadline to April 11, 2022.  No further extensions or continuances will be granted without a showing of good cause and, if based on illness or injury, any such request shall be accompanied by a declaration of a health care provider, which must specify the nature and period of the illness or injury, including the exact onset date, and the prognosis for recovery.  The provisions of the Minute Order Setting Trial and Related Dates, docket no. 13, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 10th day of December, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2