The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of WESTERN REBAR CONSULTING, INC. dba WESTERN INDUSTRIES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety.<br><br>Defendants. | CASE NO.: 2:21-cv-00054-JHC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF WESTERN REBAR CONSULTING, INC.**<br><br>NOTE ON MOTION CALENDAR: APRIL 29, 2022 |

THIS MATTER came before the Court on Plaintiff's Motion to Withdraw as Counsel for Plaintiff Western Rebar Consulting, Inc. The Court has reviewed the Motion, the Declaration of Sage A. Linn, any response filed by any other parties, and any materials submitted in support thereof, any reply, and the record and file herein, and having been duly advised on the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that good cause exists to permit Sage A. Linn and Fifth Avenue Law Group PLLC to withdraw as counsel. Plaintiff Western Rebar Consulting, Inc. shall have until May 20, 2022 to arrange for new counsel to appear

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF WESTERN REBAR CONSULTING, INC. - 1
CASE NO.: 2:21-cv-00054-JHC

**FIFTH AVENUE LAW GROUP PLLC**
701 FIFTH AVENUE, SUITE 2460
SEATTLE, WASHINGTON  98104
(206) 587-5700 • (206) 587-5710 FAX

on its behalf. The withdrawal of Sage A. Linn and Fifth Avenue Law Group PLLC shall be effective on the above-ordered date or the date that new counsel enters an appearance for Plaintiff, whichever occurs first.

DATED this 3rd day of May, 2022.

_____
The Honorable John H. Chun
United States District Judge

Presented by:

**FIFTH AVENUE LAW GROUP PLLC**

By: /s/ Sage A. Linn
  Sage Andrew Linn, WSBA #31841
  Attorneys for Plaintiff Western Rebar
  701 Fifth Avenue, Suite 2460
  Seattle, Washington 98104
  Phone: (206) 587-5700
  slinn@fifthavenue-law.com

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF WESTERN REBAR CONSULTING, INC. - 2
CASE NO.: 2:21-cv-00054-JHC

**FIFTH AVENUE LAW GROUP PLLC**
701 FIFTH AVENUE, SUITE 2460
SEATTLE, WASHINGTON 98104
(206) 587-5700 • (206) 587-5710 FAX