UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | CASE NO. 2:21-cv-00054-JHC<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court *sua sponte*. On April 14, 2022, Plaintiff Western Rebar Consulting, Inc.'s then-counsel, Sage Andrew Linn, moved to withdraw as attorney. Dkt. # 24. Mr. Linn certified that he advised Plaintiff of the requirement that it retain counsel and the possible dismissal of its case if it fails to do so. Dkt. # 25. The Court granted Mr. Linn's motion on May 5, 2022. Dkt. # 38. The Court instructed Plaintiff to arrange for new counsel to appear on its behalf by May 20, 2022. Dkt. # 38. Plaintiff failed to do so, and as of May 23, 2022 Mr. Linn's withdrawal became effective.

    Local Civil Rule 83.2(b)(4) states, "A business entity, except a sole proprietorship, must be represented by counsel." Otherwise, a lawsuit by an unrepresented corporation may be

ORDER TO SHOW CAUSE - 1

dismissed for failure to prosecute.  Plaintiff is ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 83.2(b)(4).  If plaintiff has not retained new counsel and/or shown adequate cause by the end of five (5) court days, the Court will dismiss this matter

The Clerk is directed to place this Order to Show Cause on the Court's calendar for five (5) court days from the date of filing.  The Clerk is also directed to send this Order to all counsel of record and to the address on file in the docket for Western Rebar Consulting, Inc.

Dated this 24th day of May, 2022.

_____
John H. Chun
United States District Judge