1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIEWIT INFRASTRUCTURE WEST CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | CASE NO. 2:21-cv-00054-JHC <br><br> ORDER RE: DISMISSAL |

This matter comes before the Court *sua sponte* following the Court's May 24, 2022 order to show cause requiring Plaintiff Western Rebar Consulting, Inc. to retain counsel or show adequate cause for its failure to do so. Dkt. # 49.  The Court advised Plaintiff that failure to respond will result in a dismissal of its case pursuant to Local Civil Rule 83.2(b)(4).  Plaintiff had five (5) court days to respond and failed to do so in the allotted time.  Accordingly, the Court dismisses Plaintiff's complaint without prejudice.  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to the address on file in the docket for Western Rebar Consulting, Inc.

Dated this 2nd day of June, 2022.

ORDER RE: DISMISSAL - 1

John H. Chun
United States District Judge

ORDER RE: DISMISSAL - 2